```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**TODD KREISLER,**

               **Plaintiff,**

                                    **19-cv-626 (JGK)**

     - against –

                                          <u>**ORDER**</u>

**HUDSON RELATED RETAIL LLC, ET AL.**

               **Defendants.**

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    As stated at the conference held on June 30, 2020, the parties should inform the Court of the status of the case by July 14, 2020.

**SO ORDERED.**

**Dated:    New York, New York**
              **June 30, 2020**

                                              <u>/s/ John G. Koeltl</u>
                                               **John G. Koeltl**
                                **United States District Judge**