```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

TODD KREISLER,

                Plaintiff,

                19-cv-626 (JGK)

   - against –

                ORDER

HUDSON RELATED RETAIL LLC, ET AL.

                Defendants.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties are directed to advise the Court of the citizenship of all parties, including all members of the LLC defendants by July 24, 2020. If any member is a corporation, the plaintiff should describe the state of incorporation and the principal place of business for any such corporation.

The citizenship of an LLC is determined by the citizenship of each of its members. See Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt. LLC, 692 F.3d 42, 49 (2d Cir. 2012).

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 15, 2020**

                                            /s/ John G. Koeltl
                                              **John G. Koeltl**
                                    **United States District Judge**