```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
TODD KREISLER,

                    Plaintiff,
                                            19-cv-626 (JGK)
         - against –
                                            ORDER
HUDSON RELATED RETAIL LLC, ET AL.

                    Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The ADA claim has been dismissed without prejudice. The remaining claims are dismissed without prejudice for lack of jurisdiction. The Clerk is directed to close this case.

**SO ORDERED.**

**Dated:**   **New York, New York**
          **August 6, 2020**

                              /s/ John G. Koeltl
                              **John G. Koeltl**
                       **United States District Judge**